IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   8:14CR54 |
| Plaintiff, | ) ) ) | **ORDER TO DESTROY** |
| vs. | ) ) ) | |
| JOHNNY GRISALES, | ) ) ) ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on December 20, 2016 that the following exhibits held by the court in this matter can be destroyed.

Defendant's Sentencing Exhibits / hearing held April 10, 2015

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   December 22, 2016

BY THE COURT

s/ **Joseph F. Bataillon**
Senior United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15